FILED
CLERK, U.S. DISTRICT COURT

OCT - 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

WAYNE C. HILL,

              Petitioner,

    v.

JAMES E. TILTON, Secretary of the Dept.
Of Corrections and Rehab.,

              Respondent.

) ED CV 06-1049-DDP (SH)
) JUDGMENT
)
)
)
)
)
)
)
)

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: _10 - 8 - 08_

                                  DEAN D. PREGERSON
                      UNITED STATES DISTRICT JUDGE

1